JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SUSAN TELLEM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SELECT PORTFOLIO SERVICING, INC. AND TRANS UNION, LLC,<br><br>Defendants. | Civil Action No. 2:20-cv-01907 AB (RAOx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pending before the Court is the Joint Stipulation of Dismissal as to Defendants Select Portfolio Servicing, Inc. and Trans Union, LLC, With Prejudice (Dkt. 51), filed by Plaintiff Susan Tellem ("Plaintiff") and Defendants Select Portfolio Servicing, Inc. and Trans Union, LLC.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Defendants Select Portfolio Servicing, Inc. and Trans Union, LLC are hereby **DISMISSED WITH PREJUDICE**, each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: November 15, 2021

ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE